UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

**JS-6**

CHERI G. CLARKE,                           )   Case No:  2:13-cv-05586-VBK
                                           )
                                           )   [~~PROPOSED~~] JUDGMENT
            Plaintiff                      )
                                           )
      v.                                   )
                                           )
CAROLYN W. COLVIN, Acting                  )
Commissioner of Social Security,           )
                                           )
                                           )
            Defendant.                     )

      Having approved the Joint Stipulation For Voluntary Remand Pursuant To

Sentence Four Of 42 U.S.C. § 405(g),

      IT IS ORDERED that judgment is entered in the above-captioned matter in

accordance with the Order Of Remand.


DATE:  March 27, 2014                    _____/s/_____

                                         THE HONORABLE VICTOR B. KENTON
                                         United States Magistrate Judge

-1-