STUART BARASCH
California Bar #74108
915 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
Tel. (800) 445-2930
Fax (213) 621-7622
sblawoffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHERI G. CLARKE,<br><br>                Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 2:13-cv-05586-VBK<br><br>ORDER |

THIS CAUSE came before the Court upon the parties Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The Court having read and considered the Motion, and being otherwise fully appraised in the matter, it appears to the Court that said Motion should be granted. It is therefore,

ORDERED THAT the Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), in the amount of Two Thousand, Five Hundred Dollars ($2,500.00).

SIGNED this the __3rd__ day of June 2014.

                                                     /s/
                                    UNITED STATES MAGISTRATE JUDGE